UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DANIEL RAIBLE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:16-CV-260 SNLJ |
| VAN WYK, INC., | ) |  |
| Defendant, | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's filing of his amended complaint in response to this Court's order (#3) and on plaintiff's motion for transfer to the District Court of Missouri for the Western District (#5). The plaintiff has now adequately pleaded diversity jurisdiction. However, it is apparent that the subject matter of this lawsuit occurred in the Western District of Missouri, and venue is properly placed there, not in the Eastern District of Missouri. Accordingly,

**IT IS HEREBY ORDERED** that the stay of proceedings in this case is LIFTED.

**IT IS FURTHER ORDERED** that plaintiff's motion for change of venue (#5) is **GRANTED**.

**IT IS FINALLY ORDERED** that the clerk shall transfer this action to the United States District Court, Western District of Missouri, St. Joseph Division.

Dated this __6th__ day of April, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE